# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts    as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Gerard J. Cedrone
Signature

February 19, 2025
Date

Gerard J. Cedrone
Name

Mass. Attorney General's Office
Firm Name (if applicable)

(617) 963-2282
Telephone Number

One Ashburton Place, 20th Floor
Address

Fax Number

Boston, MA 02108
City, State, Zip Code

Gerard.Cedrone@mass.gov
Email (required)

Court of Appeals Bar Number: 1194706

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 25-1158, 25-1169

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).