# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Jersey _____ as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Jeremy M. Feigenbaum                02/19/2025
Signature                               Date

Jeremy M. Feigenbaum
Name

NJ Attorney General's Office            (609) 376-2690
Firm Name (if applicable)               Telephone Number

25 Market Street                        _____
Address                                 Fax Number

Trenton, NJ 08611                       jeremy.feigenbaum@njoag.gov
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1184069

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. 25-1158, 25-1169

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).