# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** State of New Jersey, et al. v. T.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>State of Rhode Island</u> as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

<u>/s/ Katherine Connolly Sadeck</u>          <u>February 20, 2025</u>
Signature                                    Date

<u>Katherine Connolly Sadeck</u>
Name

<u>Rhode Island Office of Attorney General</u>    <u>401-274-4400</u>
Firm Name (if applicable)                         Telephone Number

<u>150 South Main St</u>                          <u>401-222-3016</u>
Address                                            Fax Number

<u>Providence, RI, 02903</u>                      <u>ksadeck@riag.ri.gov</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>1168623</u>

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. <u>25-1158, 25-1169</u>

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).