# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City and County of San Francisco                                                            as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ David S. Louk                                02/20/2025
Signature                                        Date

David S. Louk
Name

San Francisco City Attorney's Office             (415) 505-0844
Firm Name (if applicable)                        Telephone Number

Fox Plaza, 1390 Market St, 6th Fl                (415) 437-4644
Address                                          Fax Number

San Francisco, CA 94102                          David.Louk@sfcityatty.org
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1215562

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 25-1169

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).