# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Attorney General Dana Nessel on behalf of the People of the State of Michigan     as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Neil A. Giovanatti
Signature

02/20/25
Date

Neil A. Giovanatti
Name

Michigan Dept. of Attorney General
Firm Name (if applicable)

517-335-7603
Telephone Number

PO Box 30758
Address

517-335-1152
Fax Number

Lansing, MI  48909
City, State, Zip Code

GiovanattiN@michigan.gov
Email (required)

Court of Appeals Bar Number: 1215368

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1158

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).