# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1170        **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
The District of Columbia                                        as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Caroline S. Van Zile                     2/21/2025
Signature                                    Date

Caroline S. Van Zile
Name

Office of the Attorney General for the District of Columbia     (202) 724-6609
Firm Name (if applicable)                                       Telephone Number

400 6th Street, NW, Suite 8100                                  (202) 741-0649
Address                                                         Fax Number

Washington, D.C. 20001                                          caroline.vanzile@dc.gov
City, State, Zip Code                                           Email (required)

Court of Appeals Bar Number: 1211312

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 25-1158, 25-1169

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).