# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170      **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Donald J. Trump; Depts. of State, HHS & Homeland Security; Secretaries Rubio, Noem & Kennedy; SSA; Michelle King; USA   as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Brad Hinshelwood
Signature

2/23/25
Date

Brad Hinshelwood
Name

U.S. Department of Justice
Firm Name (if applicable)

202-514-7823
Telephone Number

950 Pennsylvania Ave. NW, Room 7256
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

bradley.a.hinshelwood@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1181690

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1158; 25-1169

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).