# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The State of Colorado _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Shannon Stevenson _____          02/24/2025 _____
Signature                                                    Date

Shannon Stevenson _____
Name

Colorado Department of Law _____          (720) 508-6000 _____
Firm Name (if applicable)                          Telephone Number

1300 Broadway, 10th Floor _____          (720) 508-6030 _____
Address                                                  Fax Number

Denver, CO 80203 _____          Shannon.Stevenson@coag.gov _____
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1215531 _____


Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1158, 25-1169 _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).