# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New York _____ as the

[  ] appellant(s)          [✓] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Matthew William Grieco _____     2/24/2025 _____
Signature                                Date

Matthew William Grieco _____
Name

Office of the New York State Attorney General     212-416-8014 _____
Firm Name (if applicable)                         Telephone Number

28 Liberty Street _____     _____
Address                                Fax Number

New York, NY 10005 _____     matthew.grieco@ag.ny.gov _____
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1215767 _____


Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 25-1169, 25-1158 _____

===================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).