# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170   **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Hawaii _____ as the

[ ] appellant(s)   [✓] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Kalikoʻonālani D. Fernandes
Signature

February 25, 2025
Date

Kalikoʻonālani D. Fernandes
Name

Department of the Attorney General, State of Hawaii
Firm Name (if applicable)

(808) 586-1360
Telephone Number

425 Queen Street
Address

(808) 586-8116
Fax Number

Honolulu, Hawaii  96813
City, State, Zip Code

kaliko.d.fernandes@hawaii.gov
Email (required)

Court of Appeals Bar Number: 1215536

Has this case or any related case previously been on appeal?

[ ] No   [✓] Yes   Court of Appeals No. 25-1158, 25-1169

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).