# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170            **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Jersey                                                                 as the

[ ] appellant(s)           [✓] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Viviana M. Hanley                        February 25, 2025
Signature                                    Date

Viviana Maria Hanley
Name

New Jersey Office of Attorney General        (862) 350-5800
Firm Name (if applicable)                    Telephone Number

25 Market Street                             n/a
Address                                      Fax Number

Trenton, NJ 08625                            viviana.hanley@njoag.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1196072

Has this case or any related case previously been on appeal?

[ ] No           [✓] Yes   Court of Appeals No. 25-1158, 25-1169

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).