# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** State of New Jersey v Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Attorney General Dana Nessel on behalf of the People of the State of Michigan</u> as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/Stephanie M. Service | 02/26/2025 |
| Signature | Date |
| Stephanie M. Service | |
| Name | |
| Michigan Dept. of Attorney General | 517-335-7603 |
| Firm Name (if applicable) | Telephone Number |
| PO Box 30758 | 517-335-1152 |
| Address | Fax Number |
| Lansing, MI 48909 | ServiceS3@michigan.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1215685

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1158

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).