# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Connecticut _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Janelle R. Medeiros
Signature

February 26, 2025
Date

Janelle R. Medeiros
Name

Connecticut Office of the Attorney General
Firm Name (if applicable)

860-808-5020
Telephone Number

165 Capitol Avenue, Fifth Floor
Address

860-808-5347
Fax Number

Hartford, CT 06106
City, State, Zip Code

Janelle.Medeiros@ct.gov
Email (required)

Court of Appeals Bar Number: 1215681

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-1158, 25-1169

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).