# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** State of New Jersey, et al. v. T.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Maryland _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          February 26, 2025
Signature                          Date

Adam Kirschner
Name

Office of the Attorney General for Maryland          (410) 576-6424
Firm Name (if applicable)                            Telephone Number

200 Saint Paul Place, 20th Floor          _____
Address                                    Fax Number

Baltimore, Maryland 21202          akirschner@oag.state.md.us
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1132134

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1158, 25-1169

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).