# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170           **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California                                                                                   as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)


/s/ Denise Levey                                2/26/2025
Signature                                       Date

Denise Levey
Name

Office of the Attorney General for the State of California     (213) 269-6269
Firm Name (if applicable)                                      Telephone Number

300 S. Spring Street Suite 1702
Address                                         Fax Number

Los Angeles, CA, 90013                          Denise.Levey@doj.ca.gov
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1215677

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes   Court of Appeals No. 25-1158, 25-1169

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).