# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Donald J. Trump; Depts. of State, HHS & Homeland Security; Secretaries Rubio, Noem & Kennedy; SSA; Michelle King; USA    as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Eric Dean McArthur
Signature

2/27/25
Date

Eric Dean McArthur
Name

United States Department of Justice
Firm Name (if applicable)

(202) 557-0128
Telephone Number

950 Pennsylvania Ave., NW
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

eric.mcarthur@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1138146

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-1158; 25-1169

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).