# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Tennessee</u> as the

[ ] appellant(s)      [ ] appellee(s)      [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ James Matthew Rice</u>           <u>2/27/2025</u>
Signature                                  Date

<u>James Matthew Rice</u>
Name

<u>Office of the Tennessee Attorney General</u>    <u>(615) 532-6026</u>
Firm Name (if applicable)                          Telephone Number

<u>P.O. Box 20207</u>                               <u>(615) 741-2009</u>
Address                                            Fax Number

<u>Nashville, TN 37202</u>                          <u>Matt.Rice@ag.tn.gov</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>1200299</u>

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. <u>25-1158</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).