# United States Court of Appeals
## For the First Circuit

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

### ORDER OF COURT

Entered: February 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

    The court is in receipt of defendants-appellants' motion for stay pending appeal. Plaintiffs-appellees are directed to file their response thereto by 5:00 p.m. on **March 4, 2025**. Any reply shall be filed by 5:00 on **March 6, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Nicole Suzanne Hill, Kalikoonalani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Zoe Levine, Stacey M. Metro, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Sharon Swingle, Leah Belaire Foley, Brett Allen Shumate, Bradley Hinshelwood, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Jonathan Benjamin Miller, James Matthew Rice, Whitney D. Hermandorfer, Jonathan Skrmetti, Andrew C. Coulam, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Christopher J. Hajec, Matthew James O'Brien, Nathaniel M. Lindzen, Frank L. McNamara Jr., Ryan P. McLane, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston