# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California                                                                    as the

[ ] appellant(s)      [✓] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Irina Trasovan                                  2/27/2025
Signature                                           Date

Irina Trasovan
Name

Office of the Attorney General for the State of California     (213) 269-6261
Firm Name (if applicable)                                      Telephone Number

300 S. Spring Street Suite 1702
Address                                             Fax Number

Los Angeles, CA, 90013                              Irina.Trasovan@doj.ca.gov
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 1215678

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 25-1158, 25-1169

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).