No. 25-1170

# In the United States Court of Appeals for the First Circuit

STATE OF NEW JERSEY, *et al.*,
*Plaintiffs-Appellees,*
*v.*
DONALD J. TRUMP, *et al.*,
*Defendants-Appellants.*

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**UNOPPOSED MOTION OF MEMBERS OF CONGRESS
FOR LEAVE TO SUBMIT BRIEF *AMICI CURIAE*
IN SUPPORT OF DEFENDANTS-APPELLANTS'
MOTION FOR STAY PENDING APPEAL**

GEORGE W. VIEN
PIETRO A. CONTE
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

R. TRENT MCCOTTER
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.955.0620
tmccotter@boydengray.com

DANIEL Z. EPSTEIN
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

Counsel for *Amici Curiae*

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amici Curiae* state they are natural persons and therefore have neither any parent corporations nor any shares that could be owned by any publicly held corporation.

## MOTION

*Amici Curiae* Members of Congress move for leave to file an *amicus* brief in support of Defendants-Appellants' motion for a stay pending appeal. In support of this motion, *Amici* state:

*Amici* are 18 members of Congress who serve on the Committee on the Judiciary of the U.S. House of Representatives. Chairman Jim Jordan leads this coalition and is joined by Reps. Andy Biggs, Chip Roy, Brandon Gill, Troy Nehls, Lance Gooden, Victoria Spartz, Mark Harris, Scott Fitzgerald, Robert Onder, Harriet Hageman, Tom McClintock, Wesley Hunt, Glenn Grothman, Ben Cline, Russell Fry, Michael Baumgartner, and Brad Knott.

*Amici* have a strong interest in the outcome of this case because Congress, as a co-equal branch of government, has an interest in the courts upholding the Constitution.

1

The nationwide preliminary injunction issued by the District Court should be stayed or narrowed for the reasons in Defendants-Appellants' stay motion. The District Court also erred on the merits, and *Amici* provide the attached brief to lay out the historical record regarding the meaning of "subject to the jurisdiction thereof" in Section One of the Fourteenth Amendment. Specifically, the historical record confirms that the Fourteenth Amendment does not confer citizenship on the children of aliens unlawfully present in the United States. Because of this, "[a]n alien who seeks political rights as a member of this Nation can rightfully obtain them only upon terms and conditions specified by Congress," *United States v. Ginsberg*, 243 U.S. 472, 474 (1917), but Congress has never granted citizenship to the children of aliens unlawfully present, *see also* 8 U.S.C. § 1408.

Accordingly, the other branches are forbidden from conferring such citizenship on their own, a limitation that the challenged Executive Order ensures is followed within the executive branch. *See also INS v. Pangilinan*, 486 U.S. 875, 885 (1988) ("Neither by application of the doctrine of estoppel, nor by invocation of equitable powers, nor by any

2

other means does a court have the power to confer citizenship in violation of these limitations.").

There is no express word limit for an *amicus* brief at this stage of proceedings. *Amici* respectfully request leave to file the attached brief at its existing length. With a few changes, it reflects the brief that the District Court accepted in the proceedings below.

No party opposes this relief.

February 27, 2025

                                        Respectfully submitted,

                                        /s/ R. Trent McCotter
                                        R. TRENT MCCOTTER
                                        BOYDEN GRAY PLLC
                                        800 Connecticut Ave. NW
                                        Suite 900
                                        Washington, DC 20006
                                        202.955.0620
                                        tmccotter@boydengray.com

                                        DANIEL Z. EPSTEIN
                                        AMERICA FIRST LEGAL FOUNDATION
                                        611 Pennsylvania Ave. SE #231
                                        Washington, DC 20003
                                        202.964.3721
                                        daniel.epstein@aflegal.org

                                        GEORGE W. VIEN
                                        PIETRO A. CONTE
                                        DONNELLY, CONROY & GELHAAR,
                                            LLP

260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

Counsel for *Amici Curiae*

4

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this brief was prepared in 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. Fed. R. App. P. 29(a), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d) because it contains 381 words, excluding the parts exempted under Rule 32(f).

/s/ R. Trent McCotter

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the CM/ECF filing system and that service will be accomplished using the CM/ECF system.

/s/ R. Trent McCotter