# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170        **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Members of Congress</u> as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ R. Trent McCotter</u>
Signature

<u>02/27/2025</u>
Date

<u>R. Trent McCotter</u>
Name

<u>Boyden Gray PLLC</u>
Firm Name (if applicable)

<u>202-706-5488</u>
Telephone Number

<u>800 Connecticut Ave. NW, Suite 900</u>
Address

Fax Number

<u>Washington DC 20006</u>
City, State, Zip Code

<u>tmccotter@boydengray.com</u>
Email (required)

Court of Appeals Bar Number: <u>1197232</u>

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. <u>25-1158</u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).