# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170      **Short Title:** State of NJ, et al v. Trump et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Office of the Minnesota Attorney General _____ as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

*/s/ John C. Keller*                          02/28/2025
Signature                                     Date

John C. Keller
Name

_____                 (651) 757-1355
Firm Name (if applicable)                     Telephone Number

445 Minnesota Street, Suite 600               _____
Address                                       Fax Number

Saint Paul, MN 55101                          john.keller@ag.state.mn.us
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1215716

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).