# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170        **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Marissa Malouff
Signature

2/28/2025
Date

Marissa Malouff
Name

Office of the Attorney General for the State of California
Firm Name (if applicable)

(213) 269-6467
Telephone Number

300 S. Spring Street, Ste. 1702
Address

Fax Number

Los Angeles, CA, 90013
City, State, Zip Code

Marissa.Malouff@doj.ca.gov
Email (required)

Court of Appeals Bar Number: 1215680

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. 25-1158, 25-1169

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).