# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Nevada                                                                                   as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Heidi Parry Stern                                3/3/25
Signature                                            Date

Heidi Parry Stern
Name

Nevada Attorney General                              702-486-3420
Firm Name (if applicable)                            Telephone Number

1 State of Nevada Way, Suite 100                     702-486-3768
Address                                              Fax Number

Las Vegas, NV 89119                                  HStern@ag.nv.gov
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1215554

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 25-1158, 25-1169, 25-1200

===================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).