# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1170             **Short Title:** New Jersey v. Trump

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from __2/13/25__
   2. Date this notice of appeal filed __2/19/25__
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) __n/a__
   4. Date of entry of order deciding above post-judgment motion __n/a__
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) __n/a__
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✔] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✔] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✔] Yes   [ ] No
         If yes, explain __Preliminary injunction appealable under 28 U.S.C. 1292(a)(1)__

C. Has this case previously been appealed?   [✔] Yes   [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   __Pending appeals by failed intervenors in 25-1158; 25-1200__

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [✔] Yes   [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party___See attached_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name___See attached_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

     Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

     Signature__/s/ Derek Weiss_____
     Date__3/3/25_____

**Additional Responses – Part D. Related Cases**

*In this Court:*

- *New Jersey v. Trump*, No. 25-1158 (appeal by nonparty)
- *New Jersey v. Trump*, No. 25-1200 (appeal by nonparty)
- *Doe v. Trump*, No. 25-1169

*In First Circuit district courts, excluding this case and the related case above:*

- *New Hampshire Indonesian Community Support v. Trump*, D.N.H. No. 25-cv-38

**Additional Responses – Part F. Adverse Parties**

| **State of New Jersey** | **Commonwealth of Massachusetts** |
|---|---|
| Matthew J. Platkin, *Attorney General* | Andrea Joy Campbell, *Attorney General* |
| Jeremy M. Feigenbaum, *Solicitor General* | Gerard J. Cedrone, *Deputy State Solicitor* |
| Shankar Duraiswamy, *Deputy Solicitor General* | Jared B. Cohen, *Assistant Attorney General* |
| | |
| Viviana M. Hanley | Office of the Attorney General |
| Shefali Saxena | One Ashburton Place, 20th Floor |
| Elizabeth R. Walsh | Boston, MA 02108 |
| *Deputy Attorneys General* | (617) 963-2282 |
| | gerard.cedrone@mass.gov |
| Office of the Attorney General | jared.b.cohen@mass.gov |
| 25 Market Street | |
| Trenton, NJ 08625 | |
| (609) 376-3377 | |
| Jeremy.feigenbaum@njoag.gov | |

1

**State of California**

Rob Bonta, *Attorney General*

Denise Levey, *Deputy Attorney General*

Michael Newman, *Senior Assistant Attorney General*

Marissa Malouff

Irina Trasovan

 *Supervising Deputy Attorneys General*

Lorraine López

Delbert Tran

Annabelle Wilmott

 *Deputy Attorneys General*

Office of the Attorney General

300 South Spring Street, Suite 1702

Los Angeles, CA 90013-1230

(213) 269-6269

Denise.Levey@doj.ca.gov

**State of Colorado**

Phil Weiser, *Attorney General*

Shannon Stevenson, *Solicitor General*

Office of the Colorado Attorney General

1300 Broadway, #10

Denver, CO 80203

(720) 508-6000

Shannon.Stevenson@coag.gov

**State of Connecticut**

William M. Tong, *Attorney General*

Janelle Rose Medeiros, *Assistant Attorney General*

Office of the Attorney General

165 Capitol Avenue

Hartford, CT 06106

(860)-808-5020

Janelle.Medeiros@ct.gov

**State of Delaware**

Kathleen Jennings, *Attorney General*

Vanessa L. Kassab, *Deputy Attorney General*

Delaware Department of Justice

820 N. French Street

Wilmington, DE 19801

(302) 683-8899

vanessa.kassab@delaware.gov

**District of Columbia**

Brian L. Schwalb, *Attorney General*

Nicole S. Hill, *Assistant Attorney General*

Public Advocacy Division

Office of the Attorney General for the District of Columbia

400 Sixth Street, N.W.

Washington, D.C. 20001

(202) 727-4171

nicole.hill@dc.gov

**State of Hawai'i**

Anne E. Lopez, *Attorney General*

Kaliko'onālani D. Fernandes, *Solicitor General*

425 Queen Street

Honolulu, Hawai'i 96813

(808) 586-1360

kaliko.d.fernandes@hawaii.gov

**State of Maine**

Aaron M. Frey, *Attorney General*

Sean D. Magenis, *Assistant Attorney General*

Office of the Attorney General

6 State House Station

Augusta, ME 04333-0006

(207) 626-8800

Sean.d.magenis@maine.gov

**State of Maryland**

Anthony G. Brown, *Attorney General*

Jessica M. Finberg, *Assistant Attorney General*

Office of the Attorney General

200 Saint Paul Place, 20th Floor

Baltimore, Maryland 21202

jfinberg@oag.state.md.us

410-576-6921

**State of Michigan**

Dana Nessel, *Attorney General*

Toni L. Harris
Stephanie Service
Neil Giovanatti
 *Assistant Attorneys General*

Michigan Dept. of Attorney General
525 W. Ottawa
Lansing, Michigan 48909
(517) 335-7603
harrist19@michigan.gov
ServiceS3@michigan.gov
GiovanattiN@michigan.gov

**State of Minnesota**

Keith Ellison, *Attorney General*

John C. Keller, *Chief Deputy Attorney General*

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

**State of Nevada**

Aaron D. Ford, *Attorney General*
Heidi Parry Stern, *Solicitor General*

Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

**State of New Mexico**

Raúl Torrez, *Attorney General*

James W. Grayson, *Chief Deputy Attorney General*

New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

**State of New York**

Letitia James, *Attorney General*

Zoe Levine, *Special Counsel for Immigrant Justice*

28 Liberty Street
New York, NY 10005
zoe.levine@ag.ny.gov
(212) 416-8329

**State of North Carolina**

Jeff Jackson, *Attorney General*

Daniel P. Mosteller, *Associate Deputy Attorney General*

Laura Howard, *Chief Deputy Attorney General*

North Carolina Dept. of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov

**State of Rhode Island**

Peter F. Neronha, *Attorney General*

Katherine Connolly Sadeck, *Solicitor General*

Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2480
Fax: (401) 222-2995
ksadeck@riag.ri.gov

**State of Vermont**

Charity R. Clark, *Attorney General*

Julio A. Thompson, *Co-Director, Civil Rights Unit*

109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

**State of Wisconsin**

Joshua L. Kaul, *Attorney General*

Gabe Johnson-Karp, *Assistant Attorney General*

Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
johnsonkarpg@doj.state.wi.us

**City and County of San Francisco**

David Chiu, *City Attorney*

Yvonne R. Meré, *Chief Deputy City Attorney*

Sara J. Eisenberg, *Chief of Complex and Affirmative Litigation*

Mollie M. Lee, *Chief of Strategic Advocacy*

David S. Louk
Molly J. Alarcon
 *Deputy City Attorneys*

Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
(415) 505-0844
David.Louk@sfcityatty.org

**Additional Responses – Part G. Appellants**

*Parties:*

- Donald J. Trump, *in his official capacity as President of the United States*
- United States of America
- U.S. Department of State
- U.S. Department of Homeland Security
- U.S. Department of Health and Human Services
- U.S. Social Security Administration
- Marco Rubio, *in his official capacity as Secretary of State*
- Kristi Noem, *in her official capacity as Secretary of Homeland Security*
- Robert F. Kennedy, Jr., *in his official capacity as Secretary of Health and Human Services*
- Leland Dudak, *in his official capacity as Acting Commissioner of Social Security*

*Counsel:*

| | | |
|---|---|---|
| Eric Dean McArthur | Eric.McArthur@usdoj.gov | (202) 557-0128 |
| Mark R. Freeman | Mark.Freeman2@usdoj.gov | (202) 514-5714 |
| Sharon Swingle | Sharon.Swingle@usdoj.gov | (202) 598-1121 |
| Brad Hinshelwood | Bradley.A.Hinshelwood@usdoj.gov | (202) 514-7823 |
| Derek Weiss | Derek.L.Weiss@usdoj.gov | (202) 616-5365 |

Mailing address:
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., NW
  Room 7325
  Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Derek Weiss*
Derek Weiss