# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1170     **Short Title:** State of New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of New Mexico</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ James Grayson</u>
Signature

<u>March 4, 2025</u>
Date

<u>James Grayson</u>
Name

<u>New Mexico Department of Justice</u>
Firm Name (if applicable)

<u>(505) 490- 4060</u>
Telephone Number

<u>P.O. Drawer 1508</u>
Address

_____
Fax Number

<u>Santa Fe, NM  87504-1508</u>
City, State, Zip Code

<u>jgrayson@nmdoj.gov</u>
Email (required)

Court of Appeals Bar Number: <u>1215687</u>

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes   Court of Appeals No. <u>25-1158; 25-1169</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).