IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |  |
|---|---|---|
| STATE OF NEW JERSEY, *et al.*, | ) ) ) | |
| Plaintiffs-Appellees, | ) ) ) | |
| v. | ) ) ) | No. 25-1170 |
| DONALD J. TRUMP, *et al.* | ) ) ) | |
| Defendants-Appellants. | ) ) ) | |

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
IN SUPPORT OF DEFENDANTS-APPELLANTS'
MOTION TO STAY PENDING APPEAL**

*Amici Curiae* America's Future, Gun Owners of America, Gun Owners Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund hereby move for leave to file a brief *amicus curiae* in support of the Defendants-Appellants' Motion for Stay Pending Appeal.  It is hereby stated as follows:

1. *Amici* America's Future, Gun Owners of America, Gun Owners Foundation, Citizens United, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, and Conservative Legal Defense and Education Fund are nonprofit organizations, exempt from federal income tax under either section 501(c)(3) or 501(c)(4) of the Internal Revenue Code.  Each entity is dedicated,

2

*inter alia*, to the correct construction, interpretation, and application of law. Their interest also includes protecting the our nation's borders, enforcement of immigration laws, separation of powers, and related issues.

2. *Amici curiae* have experience with respect to the issues presented by this case and have a significant interest in the outcome of this case. *Amici* believe that this brief will be of assistance to the Court in deciding the Motion for Stay Pending Appeal. *Amici* filed four other *amicus* briefs in cases challenging the Executive Order at issue in this case: *New Hampshire Indonesian Community Support v. Trump*, D. NH, No. 25-cv-38 (Jan. 31, 2025); *Washington v. Trump*, W.D. Wash., No. 25-cv-127 (Jan. 31, 2025); *Washington v. Trump*, Ninth Cir., No. 25-807 (Feb. 17, 2025); *Casa v. Trump*, Fourth Cir., No. 25-1153 (Feb. 21, 2025).

3. Although the rules of court do not specify a length for briefs at this stage, the attached *amicus* brief is within the limit allowed for a motion. *See* FRAP, Rule 27(d)(2).

4. Counsel for Defendants-Appellants have consented to the filing of this *amicus* brief. As of the time of this filing, counsel for Plaintiffs-Appellees have not responded to undersigned counsel's request for consent.

3

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendants-Appellants' Motion for Stay Pending Appeal.

        Respectfully submitted,

        /s/ William J. Olson
        William J. Olson
        WILLIAM J. OLSON, P.C.
         370 Maple Avenue West, Suite 4
         Vienna, VA  22180-5615
         (703) 356-5070
         (703) 356-5085 (fax)
         wjo@mindspring.com

        Attorneys for *Amici Curiae*
        America's Future, *et al*.
        March 4, 2025

4

## **CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)**

IT IS HEREBY CERTIFIED:

1. That the foregoing Motion for Leave to Brief as *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 341 words, excluding the parts of the brief exempted by Rule 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using WordPerfect version 21.0.0.194 in 14-point Times New Roman.

　　　　　　　　　　　　　　　　　　/s/ William J. Olson
　　　　　　　　　　　　　　　　　William J. Olson
　　　　　　　　　　　　　　　　　Attorney for *Amici Curiae*
　　　　　　　　　　　　　　　　　America's Future, *et al.*

　　　　　　　　　　　　　　　　　Dated: March 4, 2025

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to Brief as *Amici Curiae*, was made, this 4th day of March 2025, by the Court's Case Management/Electronic Case Files system upon the attorneys for the parties.

    /s/ William J. Olson
William J. Olson
Attorney for *Amici Curiae*
America's Future, *et al.*