# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Former National Security Official Joshua Steinman                     as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/ Cody C. Coll | March 4, 2025 |
| Signature | Date |
| Cody C. Coll | |
| Name | |
| Stone Hilton PLLC | 737-465-3897 |
| Firm Name (if applicable) | Telephone Number |
| 600 Congress Ave., Suite 2350 | N/A |
| Address | Fax Number |
| Austin, TX  78701 | cody@stonehilton.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1201482

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1158, 25-1169, 25-1200

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).