IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| O. DOE, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in their official capacity as President of the United States, et al.,<br><br>Defendants-Appellants. | No. 25-1169 |
| STATE OF NEW JERSEY, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in their official capacity as President of the United States, et al.,<br><br>Defendants-Appellants. | No. 25-1170 |

**CONSENT MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS**

Pursuant to First Circuit Rule 32.4, the federal government respectfully requests that the Court extend the word-count limit on the federal government's opening brief by 2,000 words, from 13,000 words to 15,000 words; extend the word-count limit on the appellees' response briefs by 2,000 words, from 13,000 words to 15,000 words; and extend the word-count limit on the federal government's reply

brief by 1,000 words, from 6,500 words to 7,500 words. Plaintiffs-appellees in both cases consent to this motion.

**1.** These appeals arises from challenges to the Executive Order interpreting the Citizenship Clause of the Fourteenth Amendment. *See* Exec. Order No. 14,160, 90 Fed. Reg. 8449 (Jan. 29, 2025). The plaintiffs filed two lawsuits, challenging whether the Executive Order violates the Citizenship Clause and 8 U.S.C. § 1401(a). The district court issued a single opinion explaining the separate preliminary injunctions it entered in each case. Dkt. 144, No. 25-cv-10139; *see also* Dkt. 145, No. 25-cv-10139; Dkt. 47, No. 25-cv-10135. The government appealed both preliminary injunctions. On March 11, 2025, this Court *sua sponte* consolidated the government's two appeals for briefing and argument.

**2.** A modest extension of the word-count limit is warranted here. The two consolidated cases raise different standing and scope-of-relief issues. The plaintiffs in the *Doe* case (No. 25-1169) are an individual and two membership organizations. The plaintiffs in the *New Jersey* case (No. 25-1170) are eighteen States, the District of Columbia, and one city. The district court distinguished between the appropriate scope of relief in each case. Dkt. 144, at 27-29, No. 25-cv-10139. The government sought a stay of the nationwide preliminary injunction in the *New Jersey* case but did not seek a stay of the narrower injunction in the *Doe* case. A panel of this court denied the stay motion in a 32-page opinion. Order (Mar. 31, 2025). The Article III standing, third-party standing, and scope-of-relief issues in the case brought the States differ

2

significantly from those in the case brought by an individual and two organizations. The district court briefing of the merits issues involved significant historical research on the meaning of a constitutional provision. Given the large number and scope of the independent legal questions that must be addressed, the consolidation of the cases for briefing on appeal, and the significance of the decision at issue, a modest increase in the briefing word-count limit is warranted.

**3.** We have contacted counsel for the Plaintiffs-Appellees in both cases, who consent to the government moving for increases to all the parties' word limits and informed the government that they plan to file separate briefs.

**4.** For the foregoing reasons, the government respectfully requests that the Court extend the word-count limit for the government's opening brief and appellees' response briefs from 13,000 words to 15,000 words and for the government's reply brief from 6,500 words to 7,500 words.

Respectfully submitted,

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

 /s/ *Derek Weiss*
DEREK WEISS
  Attorneys, Appellate Staff
  Civil Division, Room 7325
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 616-5365
  derek.l.weiss@usdoj.gov

MARCH 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 481 words, according to the count of Microsoft Word.

/s/ *Derek Weiss*
DEREK WEISS