# United States Court of Appeals
## For the First Circuit
———————————

No.  25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

Defendants - Appellants.

———————————

No.  25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.
———————————
**ORDER OF COURT**

Entered: April 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Appellants United States Department of Homeland Security, Robert F. Kennedy, Jr., Michelle King, Kristi Noem, Marco Rubio, Donald J. Trump, United States Department of Health and Human Services, United States, United States Department of State, and United States Social Security Administration's motion to file an oversized principal brief containing up to 15,000 words is <u>granted</u>. The request to file oversized appellee briefs and reply brief is denied without prejudice to refiling once those deadlines have been set.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Nicole Suzanne Hill, Kalikoonalani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Zoe Levine, Stacey M. Metro, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Sharon Swingle, Donald Campbell Lockhart, Leah Belaire Foley, Eric Dean McArthur, Mark R. Freeman, Brett Allen Shumate, Abraham R George, Bradley Hinshelwood, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Jonathan Benjamin Miller, James Matthew Rice, Whitney D. Hermandorfer, Jonathan Skrmetti, Andrew C. Coulam, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Daniel Z. Epstein, Christopher J. Hajec, Matthew James O'Brien, Gabriel R. Canaan, Nathaniel M. Lindzen, Frank L. McNamara Jr., Ryan P. McLane, Maureen Riordan, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, William J. Olson, Jeremiah Morgan, Cody C. Coll, Ari Cuenin, Judd E. Stone II, Ivan E. Espinoza-Madrigal, Oren McCleary Sellstrom, Jacob Love, Mirian Albert