# United States Court of Appeals
## For the First Circuit

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

Defendants - Appellants.

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

# NOTICE

Issued: April 4, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Maureen Riordan
Matthew James O'Brien
Nicole Suzanne Hill
Yvonne Mere
Mollie Mindes Lee
Jonathan Skrmetti
Andrew C. Coulam
Frank L. McNamara
Zoe Levine
Robert C. Merritt
Christopher J. Hajec
Brad P. Rosenberg
Shefali Saxena
Yuri Fuchs
Daniel Z. Epstein
Ian R. Liston
Julio A. Thompson
Molly Jeanne Alarcon
David S. Chiu
Stacey M. Metro
Eric Hamilton
Nathaniel M. Lindzen
Gabriel R. Canaan

The following attorneys will continue to receive notice in this case:

Mirian Albert
Gerard J. Cedrone
Jared B. Cohen
Cody C. Coll
Colleen Connors
Pietro Alfredo Conte
Ari Cuenin

Shankar Duraiswamy
Sara J. Eisenberg
Ivan E. Espinoza-Madrigal
Jeremy Feigenbaum
Kalikoonalani Diara Fernandes
Leah Belaire Foley
Mark R. Freeman
Abraham R George
Leonard Giarrano IV
Neil Giovanatti
Jeremy Girton
James Grayson
Matthew William Grieco
Viviana Maria Hanley
Toni L. Harris
Whitney D. Hermandorfer
Bradley Hinshelwood
Leonard W. Houston
Christopher David Hu
Gabe Johnson-Karp
Melvin Jones Jr.
Vanessa L. Kassab
John C. Keller
Adam D. Kirschner
Thomas A. Knowlton
Denise Yesenia Levey
Donald Campbell Lockhart
Lorraine Lopez
David Scott Louk
Jacob Love
Sean D. Magenis
Marissa Malouff
Mark Marvin
Eric Dean McArthur
R. Trent McCotter
Ryan P. McLane
Janelle Medeiros
Jonathan Benjamin Miller
Jeremiah Morgan
Daniel Paul Mosteller
Ester Murdukhayeva
Michael Louis Newman
William J. Olson
James Matthew Rice
Jonathan T. Rose
Katherine Connolly Sadeck

Oren McCleary Sellstrom
Stephanie M. Service
Brett Allen Shumate
Heidi Parry Stern
Shannon Wells Stevenson
Judd E. Stone II
Sharon Swingle
William M. Tong
Delbert Tran
Irina Trasovan
Caroline S. Van Zile
George W. Vien
Elizabeth R. Walsh
Derek Weiss
Annabelle Cathryn Wilmott
Rubin Young

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                        Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio - (617) 748-9060


cc:
 Sharon Swingle, Donald Campbell Lockhart, Leah Belaire Foley, Eric Dean McArthur, Brett Allen Shumate, Abraham R George, Bradley Hinshelwood, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Christopher J. Hajec, Matthew James O'Brien, Gabriel R. Canaan, James Matthew Rice, Whitney D. Hermandorfer, Andrew C. Coulam, Frank L. McNamara Jr., Ryan P. McLane, Maureen Riordan, Ivan E. Espinoza-Madrigal, Oren McCleary Sellstrom, Jacob Love, Mirian Albert, Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Nicole Suzanne Hill, Kalikoonalani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Zoe Levine, Stacey M. Metro, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV,

Jonathan T. Rose, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Mark R. Freeman, Jonathan Benjamin Miller, Jonathan Skrmetti, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Daniel Z. Epstein, Nathaniel M. Lindzen, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, William J. Olson, Jeremiah Morgan, Cody C. Coll, Ari Cuenin, Judd E. Stone II