**(ORDER LIST:  604 U.S.)**

**THURSDAY, APRIL 17, 2025**

**ORDER IN PENDING CASES**

| | | |
|---|---|---|
| 24A884 | ) | TRUMP, PRESIDENT OF U.S., ET AL. V. CASA, INC., ET AL. |
| | ) | |
| 24A885 | ) | TRUMP, PRESIDENT OF U.S., ET AL. V. WASHINGTON, ET AL. |
| | ) | |
| 24A886 | ) | TRUMP, PRESIDENT OF U.S., ET AL. V. NEW JERSEY, ET AL. |

        Consideration of the application (24A884) for partial stay presented to The Chief Justice and by him referred to the Court is deferred pending oral argument.  Consideration of the application (24A885) for partial stay presented to Justice Kagan and by her referred to the Court is deferred pending oral argument.  Consideration of the application (24A886) for partial stay presented to Justice Jackson and by her referred to the Court is deferred pending oral argument.  The applications are consolidated, and a total of one hour is allotted for oral argument. The applications are set for oral argument at 10 a.m. on Thursday, May 15, 2025.