OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 30, 2025

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

     Re:  State of New Jersey, et al v. Trump, et al.
           Appeal No. 25-1170
           (Your No. 24A886)

Dear Clerk Harris:

     I am writing regarding the above-referenced case. Per your request, please find a certified copy of the First Circuit docket sheet. All filings in this case are available electronically through PACER. By separate letter dated April 30, 2025, the District Court for the District of Massachusetts, Boston, was instructed to forward the original record to your office.

     Kindly acknowledge receipt of this letter. If you should have any questions, please do not hesitate to contact me.

                                          Sincerely,

                                          Antonio Lopez-Blanco
                                          Data Quality Analyst
                                          U.S. Court of Appeals for the First Circuit
                                          (617) 748-9060

cc:
Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Jeremy Girton, Caroline S. Van Zile, Kalikoonalani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Gabe Johnson-Karp, David Scott Louk, Sharon Swingle, Donald Campbell Lockhart, Leah Belaire Foley, Eric Dean McArthur, Mark R. Freeman, Brett Allen Shumate, Abraham R George, Bradley Hinshelwood, Derek Weiss, Jonathan Benjamin

Miller, James Matthew Rice, Whitney D. Hermandorfer, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Matt A. Crapo, Ryan P. McLane, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, William J. Olson, Jeremiah Morgan, Cody C. Coll, Ari Cuenin, Judd E. Stone II