**Nos. 25-1169, 25-1170**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

───────────────

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Commissioner of Social Security,

*Defendants-Appellees.*

───────────────

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants-Appellees.*

───────────────

Appeal from the U.S. District Court for the District of Massachusetts

───────────────

**Motion for Leave to File Oversized
Appellees' Brief in No. 25-1170**

───────────────

Pursuant to this Court's Rule 32.4, the appellees in No. 25-1170 (collectively, plaintiffs) respectfully move the Court to extend the word-count limit on their answering brief by 2,000 words, from 13,000 words to 15,000 words. The requested extension is warranted for the following reasons:

1.  As the federal defendants have already explained, this case requires the Court to address a "large number" of "independent legal questions." Defs.' Consent Mot. for Leave to File Oversized Brs. ¶2, at 2-3 (March 28, 2025). In particular, the Court is called upon to decide whether the district court properly held that (i) plaintiffs are likely to succeed in showing that the Executive Order No. 14,160 is unconstitutional and violates the Immigration and Nationality Act, (ii) plaintiffs have established irreparable harm, (iii) plaintiffs have standing to challenge the Executive Order, (iv) third-party standing principles do not bar plaintiffs' claims, and (v) a nationwide preliminary injunction is necessary to afford complete relief among the parties. *See generally* Appellants' Br. (April 21, 2025). A modest increase in the word limit is appropriate to allow plaintiffs to adequately address these issues, as well as to address, as needed, the five separate amicus briefs that have been

submitted in support of defendants at the merits stage.

2. The federal defendants have previously assented to a 2,000-word increase in the limit for plaintiffs' answering brief. In particular, on March 28, defendants filed a consent motion seeking approval for agreed-upon increases in the word limits for all briefing in the case. *See generally* Defs.' Consent Mot. for Leave to File Oversized Brs. On April 4, the Court granted the motion as to defendants' opening brief, but denied the motion as to plaintiffs' answering brief (and defendants' reply brief) "without prejudice to refiling once those deadlines have been set." April 4 Minute Order. Plaintiffs' request is now ripe.

Wherefore, the Court should extend the word count for plaintiffs' answering brief by 2,000 words, from 13,000 words to 15,000 words.

May 9, 2025

MATTHEW J. PLATKIN
   *Attorney General of New Jersey*

Jeremy M. Feigenbaum
   *Solicitor General*
Shankar Duraiswamy
   *Deputy Solicitor General*
Viviana M. Hanley
Elizabeth R. Walsh
Shefali Saxena
   *Deputy Attorney General*
25 Market Street
Trenton, NJ 08625
(862) 350-5800
jeremy.feigenbaum@njoag.gov

*Counsel for the*
   *State of New Jersey*

Respectfully submitted.

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone
   *Deputy State Solicitor*
Jared B. Cohen
   *Assistant Attorney General*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth*
   *of Massachusetts*

ROB BONTA
   *Attorney General of California*

Christopher D. Hu
   *Deputy Solicitor General*
Michael L. Newman
   *Senior Assistant Atty. Gen.*
Marissa Malouff
Irina Trasovan
   *Supervising Deputy Attys. Gen.*
Denise Levey
Lorraine López
Delbert Tran
Annabelle Wilmott
   *Deputy Attorneys General*
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917
christopher.hu@doj.ca.gov

*Counsel for the State of California*

3

PHIL WEISER
   *Attorney General of Colorado*

Shannon Stevenson
   *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*


KATHLEEN JENNINGS
   *Attorney General of Delaware*

Ian R. Liston
   *Director of Impact Litigation*
Vanessa L. Kassab
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

WILLIAM M. TONG
   *Attorney General of Connecticut*

Janelle Rose Medeiros
   *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
   *State of Connecticut*


BRIAN L. SCHWALB
   *Attorney General*
   *for the District of Columbia*

Caroline S. Van Zile
   *Solicitor General*
Jeremy R. Girton
   *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
   *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

Kalikoʻonālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

KEITH ELLISON
  *Attorney General of Minnesota*

John C. Keller
  *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

DANA NESSEL
  *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
  *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel on behalf of
  the People of Michigan*

AARON D. FORD
  *Attorney General of Nevada*

Heidi Parry Stern
  *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

5

RAÚL TORREZ
   *Attorney General of New Mexico*

James W. Grayson
   *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the*
  *State of New Mexico*

LETITIA JAMES
   *Attorney General of New York*

Ester Murdukhayeva
   *Deputy Solicitor General*
Matthew William Grieco
   *Senior Assistant Solicitor Gen.*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the*
  *State of New York*

JEFF JACKSON
   *Attorney General of North Carolina*

Daniel P. Mosteller
   *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the*
  *State of North Carolina*

PETER F. NERONHA
   *Attorney General of Rhode Island*

Katherine Connolly Sadeck
   *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the*
  *State of Rhode Island*

CHARITY R. CLARK
  *Attorney General of Vermont*

Jonathan T. Rose
  *Solicitor General*
109 State Street
Montpelier, VT 06509
(802) 793-1646
jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

DAVID CHIU
  *City Attorney of San Francisco*

David S. Louk
  *Deputy City Attorney*
1390 Market Street, 6th Floor
City Attorney of San Francisco
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for the City and
  County of San Francisco*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

Gabe Johnson-Karp
  *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 327 words.

This motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared using Microsoft Word in Century Schoolbook, a proportionally spaced typeface.

May 9, 2025                                         /s/ *Gerard J. Cedrone*