# Nos. 25-1169, 25-1170

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

———————————

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Commissioner of Social Security,

*Defendants-Appellants.*

———————————

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants-Appellants.*

———————————

Appeal from the U.S. District Court for the District of Massachusetts

———————————

**Motion to Enlarge Time to File Appellees' Briefs**

———————————

Pursuant to Federal Rule of Appellate Procedure 26(b), appellees in No. 25-1169 (the "*Doe* appellees") and No. 25-1170 (the "*New Jersey* appellees") respectfully move the Court to enlarge the time to file their opening briefs by seven days, to and including May 28, 2025. In support of their request for this brief extension, appellees state as follows:

1. On March 11, 2025, this Court set a briefing schedule providing that appellants' brief shall be due on April 21, 2025; appellees' briefs shall be due in accordance with Fed R. App. 31 and 1st Cir. R. 31.0, on May 21, 2025, which provides that appellees' briefs are due within 30 days of the service of appellants' brief; and appellants' reply brief shall be due 21 days following service of appellees' brief. Under this schedule, appellees' briefs are currently due on May 21, 2025.

2. On March 13, 2025, appellants filed in the U.S. Supreme Court an emergency Application for a Stay of the Injunction issued by the district court in the *New Jersey* case, the same injunction that is presently on appeal before this Court in No. 25-1170. That Application sought relief based on arguments about the *New Jersey* appellees' standing and the scope of the injunction issued by the district court.

3. On April 17, 2025, the Supreme Court set oral argument on

1

the application for a stay for May 15, 2025. Lead counsel for the *New Jersey* appellees have been engaged in substantial preparations for the May 15 oral argument before the Supreme Court. The need to prepare for the expedited oral argument substantially limited counsel's time to prepare their response to appellants' brief, which covers a "large number" of "independent legal questions," Defs.' Consent Mot. for Leave to File Oversized Brs. ¶2, at 2-3 (March 28, 2025), including several arguments regarding the merits of the *New Jersey* appellees' claims that the Supreme Court has not been asked to decide in the pending stay application. A modest one-week extension would provide counsel sufficient time to finish preparing their brief and fully address appellants' arguments.

    4.    Aligning the briefing schedules in the *New Jersey* and *Doe* cases would keep the cases on parallel tracks and move them forward efficiently for both the parties and the Court. Accordingly, the appellees request that the Court apply the requested one-week extension to both the *New Jersey* and *Doe* cases.

    5.    Appellants take no position on this request.

Wherefore, the Court should enlarge the time for appellees to file their briefs by seven days, up to and including May 28, 2025.

May 16, 2025

LAWYERS FOR CIVIL RIGHTS
/s/     Jacob M. Love
Oren M. Sellstrom
Ivan E. Espinoza-Madrigal
Jacob M. Love
Mirian Albert
Lawyers for Civil Rights
61 Batterymarch St, 5th Floor
Boston, MA 02110

*Counsel for the Doe Plaintiffs*

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*

Gerard J. Cedrone
   *Deputy State Solicitor*
Jared B. Cohen
   *Assistant Attorney General*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth
   of Massachusetts*

Respectfully submitted,

MATTHEW J. PLATKIN
   *Attorney General of New Jersey*

/s/ Viviana M. Hanley
Jeremy M. Feigenbaum
   *Solicitor General*
Shankar Duraiswamy
   *Deputy Solicitor General*
Viviana M. Hanley
Elizabeth R. Walsh
Shefali Saxena
   *Deputy Attorney General*
25 Market Street
Trenton, NJ 086257
(862) 350-5800
viviana.hanley@njoag.gov

*Counsel for the
   State of New Jersey*

ROB BONTA
   *Attorney General of California*

Christopher D. Hu
   *Deputy Solicitor General*
Michael L. Newman
   *Senior Assistant Atty. Gen.*
Marissa Malouff
Irina Trasovan
   *Supervising Deputy Attys. Gen.*
Denise Levey
Lorraine López
Delbert Tran
Annabelle Wilmott
   *Deputy Attorneys General*
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917

3

christopher.hu@doj.ca.gov

*Counsel for the State of California*

PHIL WEISER
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*

KATHLEEN JENNINGS
  *Attorney General of Delaware*

Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

WILLIAM M. TONG
  *Attorney General of Connecticut*

Janelle Rose Medeiros
  *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
  *State of Connecticut*

BRIAN L. SCHWALB
  *Attorney General*
  *for the District of Columbia*

Caroline S. Van Zile
  *Solicitor General*
Jeremy R. Girton
  *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
  *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

Kalikoʻonālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

KEITH ELLISON
  *Attorney General of Minnesota*

John C. Keller
  *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

DANA NESSEL
  *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
  *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel on behalf of
  the People of Michigan*

AARON D. FORD
  *Attorney General of Nevada*

Heidi Parry Stern
  *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

5

RAÚL TORREZ
   *Attorney General of New Mexico*

James W. Grayson
   *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the
  State of New Mexico*

JEFF JACKSON
   *Attorney General of North Carolina*

Daniel P. Mosteller
   *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the
  State of North Carolina*

LETITIA JAMES
   *Attorney General of New York*

Ester Murdukhayeva
   *Deputy Solicitor General*
Matthew William Grieco
   *Senior Assistant Solicitor Gen.*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the
  State of New York*

PETER F. NERONHA
   *Attorney General of Rhode Island*

Katherine Connolly Sadeck
   *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the
  State of Rhode Island*

CHARITY R. CLARK
  *Attorney General of Vermont*

Jonathan T. Rose
  *Solicitor General*
109 State Street
Montpelier, VT 06509
(802) 793-1646
jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

DAVID CHIU
  *City Attorney of San Francisco*

David S. Louk
  *Deputy City Attorney*
1390 Market Street, 6th Floor
City Attorney of San Francisco
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for the City and
  County of San Francisco*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

Gabe Johnson-Karp
  *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 427 words.

This motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared using Microsoft Word in Century Schoolbook, a proportionally spaced typeface.

May 16, 2025　　　　　　　　　　　　　　/s/ *Viviana M. Hanley*
　　　　　　　　　　　　　　　　　　　　Viviana M. Hanley
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General