# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1170          **Short Title:** Doe et al v. Trump et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✓] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Reena Parikh _____     May 28, 2025 _____
Signature                                                         Date

Reena Parikh _____
Name

Boston College Legal Services LAB _____     (617) 552-0283 _____
Firm Name (if applicable)                                 Telephone Number

885 Centre Street _____     _____
Address                                                            Fax Number

Newton, MA 02459 _____     reena.parikh@bc.edu _____
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1191849 _____

Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 25-1158, 25-1169, 25-1200 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Amici Curiae Represented**

HarborCOV
Tahirih Justice Center
ASISTA Immigration Assistance
Boston Area Rape Crisis Center
Jane Doe Inc.
National Women's Law Center
Alianza Nacional de Campesinas, Inc.
Boston College Legal Services LAB Immigration Clinic
Boston University School of Law Immigrants' Rights and Human Trafficking Program
Brazilian Women's Group
Center for Gender & Refugee Studies
Central West Justice Center
De Novo
Dignidad/The Right to Immigration Institute
Dominican Development Center, Inc.
Healing Abuse Working for Change
Immigration Center for Women and Children
Immigration and Human Rights Clinic, University of the District of Columbia David A. Clarke
School of Law
Immigrant Law Center of Minnesota
Life Span
Mabel Center for Immigrant Justice
Massachusetts Immigrant Collaborative
Massachusetts Law Reform Institute
MetroWest Legal Services
Mid-South Immigration Advocates, Inc.
Migrant and Immigrant Community Action Project
Northeastern University School of Law Domestic Violence Clinic
Project Response
Public Counsel
Rian Immigrant Center
Sanctuary for Families
Santa Fe Dreamers Project
Sunita Jain Anti-Trafficking Initiative, Loyola Law School
Survivor Justice Center (formerly Los Angeles Center for Law and Justice)
The Human Trafficking Legal Center
The Women's Law Center of Maryland, Inc.
Urban Justice Center Domestic Violence Project