# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1170     Short Title: New Jersey et al. v. Trump et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Juan Camilo Mendez
Signature

05/28/2025
Date

Juan Camilo Mendez
Name

HarborCOV
Firm Name (if applicable)

617-884-9799
Telephone Number

P.O. Box 505754
Address

617-884-9909
Fax Number

Chelsea, MA 02150
City, State, Zip Code

juan@harborcov.org
Email (required)

Court of Appeals Bar Number: 1216617

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-1158, 25-1169, 25-1200

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Amici Curiae Represented

HarborCOV
Tahirih Justice Center
ASISTA Immigration Assistance
Boston Area Rape Crisis Center
Jane Doe Inc.
National Women's Law Center
Alianza Nacional de Campesinas, Inc.
Boston College Legal Services LAB Immigration Clinic
Boston University School of Law Immigrants' Rights and Human Trafficking Program
Brazilian Women's Group
Center for Gender & Refugee Studies
Central West Justice Center
De Novo
Dignidad/The Right to Immigration Institute
Dominican Development Center, Inc.
Healing Abuse Working for Change
Immigration Center for Women and Children
Immigration and Human Rights Clinic, University of the District of Columbia David A. Clarke School of Law
Immigrant Law Center of Minnesota
Life Span
Mabel Center for Immigrant Justice
Massachusetts Immigrant Collaborative
Massachusetts Law Reform Institute
MetroWest Legal Services
Mid-South Immigration Advocates, Inc.
Migrant and Immigrant Community Action Project
Northeastern University School of Law Domestic Violence Clinic
Project Response
Public Counsel
Rian Immigrant Center
Sanctuary for Families
Santa Fe Dreamers Project
Sunita Jain Anti-Trafficking Initiative, Loyola Law School
Survivor Justice Center (formerly Los Angeles Center for Law and Justice)
The Human Trafficking Legal Center
The Women's Law Center of Maryland, Inc.
Urban Justice Center Domestic Violence Project