

### State of New Jersey

| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625 | **MATTHEW J. PLATKIN**<br>*Attorney General* |
| **TAHESHA L. WAY**<br>*Lt. Governor* | | **JEREMY M. FEIGENBAUM**<br>*Solicitor General* |

July 2, 2025

Anastasia Dubrovsky, Clerk
U.S. Court of Appeals, First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   *New Jersey et al. v. Trump et al.*, Case No. 25-1170

Dear Ms. Dubrovsky:

We write to update this Court regarding a scheduling order entered by District Judge Sorokin. *See New Jersey et al. v. Trump et al.*, Case No. 1:25-cv-10139, Doc. No. 186 (July 2, 2025). Judge Sorokin has adopted Plaintiff States' proposed briefing schedule for responding to *Trump v. CASA*, Inc., No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025). That is:

- Defendants shall submit their memorandum by July 8, 2025;
- Plaintiffs shall submit their memorandum by July 15, 2025; and
- Defendants may submit a reply by July 17, 2025, at noon.

Judge Sorokin has scheduled a hearing in person on July 18, 2025, at 10:00 a.m.

Respectfully yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Viviana M. Hanley

Viviana M. Hanley
Deputy Attorney General

