## Nos. 25-1169 & 25-1170

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

*Defendants-Appellants.*

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHU-SETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF CO-LUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MAR-YLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRAN-CISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their offi-cial capacity as Secretary of Health and Human Services; US SOCIAL

SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

## MOTION TO WITHDRAW AS COUNSEL

———————————

Whitney D. Hermandorfer, counsel for Amicus Curiae the State of Tennessee, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket.  Good cause exists for this withdrawal because Ms. Hermandorfer is departing her position at the Office of the Tennessee Attorney General effective July 15, 2025 and will no longer be associated with this case.  Amicus Curiae the State of Tennessee will continue to be represented by Tennessee Solicitor General James Matthew Rice as counsel of record.

Dated:  July 15, 2025          Respectfully submitted,

JONATHAN SKRMETTI
*Attorney General of Tennessee*

*/s/  Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER
*Director of Strategic Litigation*
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 87 words.

2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

July 15, 2025                    /s/ *Whitney D. Hermandorfer*
                                Whitney D. Hermandorfer

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Whitney D. Hermandorfer*
Whitney D. Hermandorfer