# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: ~~25~~ 25 - 1169 (1170)
Case Name: O. Doe, Brazilian Worker v Trump
Date of Argument: August 1 2025
Location of Argument: ☒ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Mark Marvin (or Staff Atty from William Marvin, Esq (Firm) *)
Attorney Name: (pro se) Mark Marvin   First Circuit Bar No.: NA
Phone Number: 845-778-4693   Fax Number: NA
Email: markcmarvin@mail.com

Check the box that applies:

☒ I have already filed an appearance in this matter.  pro se

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____   July 07 2025
(Signature)   (Date)

* William Marvin Firm (Esquire)
6540 S. Pecos Rd. 104
Las Vegas NV 89120
[Asked to be of Counsel]

Mark Marvin
135 Mills Road
Walden, N.Y. 12586

WESTCHESTER NY
9 JUL 2025  PM 3

USMS Screened



Clerk, US Court of Appeals
US Courthouse
1 Courthouse Way   Suite 2500
Boston, Mass   02210

02210-302499