# United States Court of Appeals
## For the First Circuit

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF STATE OF MAINE**

Sean D. Magenis hereby seeks leave, pursuant to LR 12.0, to withdrawal as counsel for Plaintiff State of Maine. Plaintiff will continue to be represented by Deputy Attorney General Thomas A. Knowlton, who has entered his appearance on behalf of Plaintiff State of Maine.

WHEREFORE, the undersigned prays this Court grant leave for his withdrawal as counsel for Defendant.

Dated: November 13, 2025          Respectfully submitted,

/s/ Sean D. Magenis
Sean D. Magenis
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800
sean.d.magenis@maine.gov
Attorney for Plaintiff State of Maine

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2025, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, and that the document will be sent electronically to all registered participants identified in the CM/ECF electronic filing system for this matter.

Date: November 13, 2025　　　　　/s/ Sean D. Magenis
　　　　　　　　　　　　　　　　　Sean D. Magenis
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　6 State House Station
　　　　　　　　　　　　　　　　　Augusta, ME 04330
　　　　　　　　　　　　　　　　　(207)-626-8830
　　　　　　　　　　　　　　　　　Sean.D.Magenis@maine.gov